AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

RONALD N. ROMASHKO

v.

CASE NUMBER: 05-2209 CKK

UNITED STATES

TO: (Name & Address of Defendant)

~~U.S. ATTORNEY~~
~~501 3RD. ST. N.W.~~ 555 4th STREET NW
WASHINGTON, D.C. ~~20001~~ 20530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

Ronald N. Romashko
14B Hillsboro Drive
P.O. Box 506
Arden, NC 28704

an answer to the __complaint__ which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the __complaint__.
Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: T. Davis
Deputy Clerk

Date: December 8, 2005

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

RONALD N. ROMASHKO

VS.

UNITED STATES

Case No. 05-2209 CKK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE: JANUARY 3, 2006 |
|---|---|
| NAME OF SERVER (print) CAROLYN ROMASHKO | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CERTIFIED MAIL 7000 1530 0004 7260 6245

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 3, 2006
Date

Carolyn Romashko
Signature of Server

148 HILLSBORO DR. ARDEN NC 28704
Address of Server

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
KENNETH L. WAINSTEIN,
UNITED STATES ATTORNEY,
DISTRICT OF COLUMBIA
555 4th STREET N.W.
WASHINGTON, DISTRICT OF COLUMBIA
20530

4a. Article Number
7000 1530 0004 7260 6245

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.