RECEIVED

MAR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Ronald N Romashko,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05-cv-02209 (CKK)**

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiff(s) filed a complaint in the instant matter on November 10, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on January 3, 2006.

4. The record shows that the defendants' answer was due on March 6, 2006

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that as of this date defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiff(s) is/are entitled to entry of default forthwith against defendant as a matter of law.

Dated March 11, 2006

*Ronald N Romashko*

Ronald N Romashko
14B Hillsboro Dr.
P O Box 506
Arden, NC 28704

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald N Romashko,

        Plaintiff(s),

v.

United States

        Defendant.

Case No . **1:05-cv-02209 (CKK)**

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                                  _____
                                                United States District Judge

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated March 11, 2006

*Ronald N Romashko*
Ronald N Romashko