UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD N. ROMASHKO,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

Civil Action No. 05cv2209
(CKK)

**ORDER DIRECTING DEFENDANT TO SHOW CAUSE**

On March 6, 2006, a Return of Service was filed with the Court as to the Attorney General, and on March 8, 2006, a Return of Service was filed with the Court as to the U.S. Attorney. Response to the complaint was due by March 6, 2006, and to date no response has been filed by the Defendant. On March 13, 2006, Plaintiff filed an Affidavit for Default which the Clerk of the Court entered on March 15, 2006.

Accordingly, it is this  29th  day of March, 2006, hereby

**ORDERED** that Defendant United States show cause no later than April 7, 2006, as to why a response to the complaint has not been filed.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge