IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD N. ROMASHKO | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-2209 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VACATE ENTRY OF DEFAULT
AND RESPONSE TO THE COURT'S SHOW-CAUSE ORDER**

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk in this case on March 15, 2006, and responds to the Court's March 29, 2006 order to show cause why the United States has not responded to plaintiff's complaint.

In response to the Court's order, and as grounds to vacate the default, the United States asserts the following reasons:

1. plaintiff failed to properly serve the United States with a summons and complaint, and therefore, the Court lacks jurisdiction over the person of the United States; and

2. the Court lacks subject matter jurisdiction over the complaint, due to plaintiff's failure to exhaust administrative remedies prior to filing his suit.

The foregoing grounds for relief are more fully set forth and discussed in a memorandum of law served and filed herewith.

     The specific relief sought by this motion is vacation of the default entered on March 15, 2006.

     Date: March 31, 2006.

                                       Respectfully submitted,

                                       /s/ Pat S. Genis
                                     PAT S. GENIS, #446244
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice
                                     Post Office Box 227
                                     Washington, D.C. 20044
                                     Telephone: (202) 307-6390

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT AND RESPONSE TO THE COURT'S SHOW-CAUSE ORDER was served on March 31, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>Ronald N. Romashko
>Plaintiff *pro se*
>14B Hillsboro Drive
>P.O. Box 506
>Arden, NC 28704

                                              /s/   Pat S. Genis
                                            PAT S. GENIS, #446244