IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD N. ROMASHKO | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-2209 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' motion to vacate entry of default and response to the Court's show-cause order, any opposition thereto, and the entire record in this matter, it is

ORDERED that the United States' motion to vacate entry of default be and is GRANTED;

ORDERED that the entry of default against the United States entered on March 15, 2006, be and is VACATED; and it is further

ORDERED that the United States shall have until _____, 2006 to answer or otherwise respond to plaintiff's amended complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Ronald N. Romashko
Plaintiff *pro se*
14B Hillsboro Drive
P.O. Box 506
Arden, NC 28704

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' proposed ORDER was served on March 31, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>Ronald N. Romashko
>Plaintiff *pro se*
>14B Hillsboro Drive
>P.O. Box 506
>Arden, NC 28704

>/s/   Pat S. Genis
>PAT S. GENIS, #446244