UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD N. ROMASHKO,

    Plaintiff,

v().

UNITED STATES,

    Defendant.

Civil Action No. 05–2209 (CKK)

**ORDER**
(April 12, 2006)

    Plaintiff, Ronald N. Romashko, filed a Complaint in this action against Defendant, the United States, on November 10, 2005.  On March 15, 2006, Defendant was declared to be in default in the instant action.  On March 29, 2006, the Court issued an Order directing Defendant to show cause as to why a response to the Complaint had not been filed.  On March 31, 2006, Defendant filed [9] Motion to Vacate Entry of Default and Response to the Court's Show-Cause Order ("Motion to Vacate").  In Defendant's Motion to Vacate, Defendant asserts, among other arguments, that Defendant was not properly served by Plaintiff in the instant case and consequently that the Court should vacate the entry of default against Defendant.

    Pursuant to Federal Rule of Civil Procedure 4(i), service upon the United States is effected as follows:

    Service upon the United States shall be effected

> (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and

> (B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, and
>
> (C) in any action attacking the validity of an order of an officer or agency of the United States not made a party, by also sending a copy of the summons and of the complaint by registered or certified mail to the officer or agency.

Fed. R. Civ. P. 4(i)(1). Based on the returns of service submitted by Plaintiff to the Court in the instant action, *see dkt. entries* [4, 5], it is apparent that Plaintiff did not send a copy of the summons and Complaint in this action via registered or certified mail pursuant to Rule 4(i)(1)(C) to the Internal Revenue Service, the agency whose actions are attacked as invalid in the Complaint. Based on Plaintiff's failure to properly serve the United States, the entry of default against Defendant is hereby vacated.

According to Rule 4(m) of the Federal Rules of Civil Procedure:

> **Time Limit for Service.** If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (emphasis added). As the deadline for the 120 days service requirement of the summons and Complaint was March 10, 2006, but it is clear that Plaintiff **improperly** served Defendant before this deadline had passed, the Court will allow the Plaintiff in the instant action until May 15, 2006, to **properly** serve Defendant.

Accordingly, it is this 12th day of April, 2006, hereby

ORDERED that the Clerk's [7] Entry of Default against the United States is hereby

vacated; it is also

ORDERED that Plaintiff shall properly serve Defendant by **May 15, 2006**; it is also

ORDERED that failure to serve the Defendant pursuant to Federal Rule of Civil Procedure 4(i)(1) by May 15, 2006, will result in **dismissal** of this case without prejudice in accordance with Rule 4(m); it is also

ORDERED that a copy of this Order will be sent by the Clerk of the Court to Plaintiff at the following address: Ronald N. Romashko, 14B Hillsboro Dr., P.O. Box 506, Arden, NC 28704.

                                                  /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge