UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD N. ROMASHKO,

    Plaintiff,

  v.

UNITED STATES,

    Defendant.

Civil Action No. 05–2209 (CKK)

**ORDER**
(April 12, 2006)

    Plaintiff in this action has filed a *pro se* complaint alleging errors by the Internal Revenue Service "in connection with the collection of [a] federal tax" (Compl. ¶ 1), and seeking damages under 26 U.S.C. § 7433.  Upon review of this complaint, it is apparent that the claims alleged therein are substantially similar to those of several other recently filed complaints, which were dismissed for lack of subject matter jurisdiction owing to Plaintiffs' failure to exhaust administrative remedies.  *See, e.g., Henry v. United States*, No. 05-2084, Order (D.D.C. Feb. 27, 2006); *Scott et al. v. United States*, No. 05-2043, Order (Feb. 27, 2006).  Accordingly, it is, this 12th day of April, 2006, hereby

    ORDERED that Plaintiff is required to show cause on or before **May 15, 2006**, why this Court has subject matter jurisdiction.  In doing so, Plaintiff must explain how he has "exhausted all administrative remedies" (Plaintiff's Affidavit ¶ 15), as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2).  If Plaintiff fails to respond in a timely manner

and/or to provide a valid basis for jurisdiction, the Court will dismiss this matter without prejudice. There will be no extensions of this deadline; it is also

ORDERED that any response by the government must be filed on or before **May 30, 2006**; it is also

ORDERED that a copy of this Order will be sent by the Clerk of the Court to Plaintiff at the following address: Ronald N. Romashko, 14B Hillsboro Dr., P.O. Box 506, Arden, NC 28704.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge