UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD N. ROMASHKO,

    Plaintiff,

    v.

UNITED STATES,

    Defendant.

Civil Action No. 05–2209 (CKK)

**ORDER**
(October 31, 2006)

On October 27, 2006, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se.* In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the Plaintiff that he must respond to Defendant's Motion to Dismiss no later than November 28, 2006**.** If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss Plaintiff's Complaint. The Clerk's Office shall send a copy of this Order to Plaintiff.

    **SO ORDERED**.

                                              /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge