IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD N. ROMASHKO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | No. 1:05-cv-2209 (CKK) |

**UNITED STATES' REPLY
AND OPPOSITION TO MOTION TO REINSTATE ENTRY OF DEFAULT**

Plaintiff asserts that his failure to exhaust administrative remedies is not jurisdictional and that he has stated a claim under Fed.R.Civ.P. 8(a). Plaintiff also seeks to reinstate the entry of default against the United States.

The United States continues to assert that failure to exhaust administrative remedies under 26 U.S.C. § 7433 deprives this Court of subject-matter jurisdiction. Nevertheless, the United States is aware that a conflict as to this issue exists in the United States District Court for the District of Columbia.

The United States asserts that plaintiff's complaint fails to state a claim under Fed.R.Civ.P. 12(b)(6). Rule 8 requires a complaint to set forth "a short and plain statement . . . showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2). Plaintiff does not specify the type of tax at issue, the specific tax years at issue, the amount in dispute, or the specific acts and/or omissions that would entitle him to relief under 26 U.S.C. § 7433. Moreover, as the cases plaintiff cites indicate, a failure to

exhaust administrative remedies is in itself a failure to state a claim for section 7433 damages. Accordingly, plaintiff has failed to state a claim upon which relief can be granted.

For the reasons stated in the Court's April 12, 2006 order vacating entry of default, and the reasons stated herein, the Court should deny plaintiff's motion to reinstate the entry of default against the United States.

This Court should grant the United States' motion to dismiss.

Date:   November 9, 2006.                    Respectfully submitted,


    /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone/FAX:  (202) 307-6390/214-6866
Email: pat.genis@usdoj.gov


OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' REPLY was filed and made available in accordance with the Court's ECF procedures and served upon the following person on November 9, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Ronald N. Romashko
>Plaintiff *pro se*
>14B Hillsboro Drive
>P.O. Box 506
>Arden, NC 28704

>/s/ Pat S. Genis
>PAT S. GENIS, #446244