UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD N. ROMASHKO,

    Plaintiff,

    v.

UNITED STATES,

    Defendant.

Civil Action No. 05-2209 (CKK)

**ORDER**
(September 30, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 30th day of September, 2007, hereby

**ORDERED** that Plaintiff's [23] Motion to Supplement Plaintiff's Response to Docket Entry #21 is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that Plaintiff's [20] Motion to Reinstate Entry of Default is DENIED; it is further

**ORDERED** that Defendant's [17] Motion to Dismiss is GRANTED pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6);

**ORDERED** that the instant case is DISMISSED in its entirety.  To the extent that this dismissal is premised on Plaintiff's failure to exhaust his administrative remedies, the dismissal is without prejudice; however, to the extent that it is premised on claims over which the Court lacks subject matter jurisdiction, it is with prejudice.

**SO ORDERED.**

*This is a final, appealable order.*

                                                   /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge