# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ronald N Romashko            Case No. 1:05-cv-02209 (CKK)
        Plaintiff(s),

                                NOTICE OF APPEAL

v.

United States
        Defendant.

Paintiff appeals the decision of judge Colleen Kollar-Kotelly, dated September 30, 2007, dismissing the above captioned matter.

Dated November 24, 2007

_Ronald N Romashko_ (signature)
Ronald N Romashko

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Pat Ginis
Ben Franklin Station
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated November 24, 2007

_Ronald N Romashko_ (signature)
Ronald N Romashko

**RECEIVED**
NOV 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT