# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5393

September Term 2007

05cv02209

**Filed On:** August 11, 2008

Ronald N. Romashko,

    Appellant

    v.

United States,

    Appellee

**BEFORE:**    Ginsburg, Rogers, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion for summary reversal, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary reversal be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc., v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

**Per Curiam**